BRUMWELL, et al, Appellants, v. INDEPENDENT SCHOOL DISTRICT OF THE CITY OF HURON, BEADLE COUNTY, et al, Respondents.

(216 N. W. 949.)

(File No. 6479. Opinion Filed December 31, 1927.)

*Kelley & Luby,* of Huron, for Appellants.
*Null & Royhl,* of Huron, for Respondents.

PER CURIAM. Plaintiffs above named seek to appeal from the final judgment in the above cause. Certified copy of the notice of appeal was filed in this court on March 23, 1927. The time for filing appellant's brief was extended by stipulation to May 20, 1927. There has been no further extension of time, and no brief has been filed by appellant. Therefore, pursuant to rule 5 of this court, the appeal will be deemed abandoned, and the judgment appealed from is affirmed.